UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
GARDEN CITY BOXING CLUB, INC.,

        Plaintiff,

    - against -

JOSE M. SANTACRUZ, LA CASA DE
SANTACRUZ CORP.,

        Defendants.
---------------------------------------------------------X

**ORDER**
05 CV 63 (RJD) (JMA)

DEARIE, District Judge.

On August 24, 2005, a default judgment was entered against defendants. The Court referred the matter to Magistrate Judge Joan M. Azrack for a Report and Recommendation on damages, costs, and attorney's fees. Magistrate Judge Azrack issued her Report and Recommendation on September 20, 2005, and no objections have been filed.

The Court adopts Magistrate Judge Azrack's Recommendation in all respects without qualification that plaintiff be awarded $2,747.50 in statutory damages, with a $10,000 increase for defendants' willful violation of the statute, and attorney's fees and costs of $1,430 for a total damages award of $14,177.50.

SO ORDERED.

Dated:     Brooklyn, New York
            October 21, 2005

                                        s/ Judge Raymond J. Dearie
                                        RAYMOND J. DEARIE
                                        United States District Judge